UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 13261
ANGELIQUE M. JONES
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-9784


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 10/17/06 and confirmed on 01/10/07.

   2.   The case was dismissed after confirmation, 12/07/2007.

   3.   The Debtor paid a total of $   3875.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 540.30 | .00 | 540.30 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 7724.51 | .00 | 1154.19 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| NICE FEDERAL LOAN | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 540.30 | .00 | 7724.51 | .00 | 8264.81 |
| PRINCIPAL PAID | 540.30 | .00 | 1154.19 | .00 | 1694.49 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 540.30 | .00 | 1154.19 | .00 | 1694.49 |

The Debtor's attorney, JOSEPH WROBEL ESQ          , was allowed $   3000.00
and was paid $   977.00  direct and $   2023.00  through the plan.

The Trustee received $   157.51 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 03/10/08               /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE

```
                           PAGE   2
CASE NO. 06 B 13261 ANGELIQUE M. JONES
```